IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:12-cv-02786-JLK-BNB

WALTER F. WAGNER,

    Plaintiff,

v.

DISCOVER FINANCIAL SERVICES, LLC,

    Defendant.

## DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.4 OF DEFENDANT DISCOVER BANK

Defendant Discover Bank, issuer of Discover® Card, improperly identified in Plaintiff's Complaint as "Discover Financial Services, LLC ," by its undersigned counsel, hereby submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.4 and states as follows:

1. Discover Bank is a federally insured Delaware State Bank with a principal place of business at 12 Read's Way, New Castle, DE and is a wholly owned subsidiary of Discover Financial Services.

2. Discover Financial Services is a publicly traded independent company incorporated in Delaware with its principal place of business at 2500 Lake Cook Road, Riverwoods, IL.

3. The following publicly held corporation owns 10% or more of DB Servicing Corporation's stock:  Discover Financial Services.

- 2 -

Dated: November 30, 2012     SNELL & WILMER L.L.P.

By: *s/ Christine McCallister Garrison*
    Christine McCallister Garrison, Bar No. 35718
    Kasey K. McDaniel, Bar No. 44996
    1200 Seventeenth Street, Suite 1900
    Tabor Center
    Denver, Colorado  80202
    Telephone:  303.634.2000
    Facsimile: 303.634.2020
    cgarrison@swlaw.com
    kmcdaniel@swlaw.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of November, 2012, a true and correct copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.4 OF DEFENDANT DISCOVER BANK** was served via U.S. Mail and/or electronic mail on the following:

T.A. Taylor-Hunt, Esq.
Law Office of T.A. Taylor-Hunt, LLC
3773 Cherry Creek North Drive, Suite 575
Denver, Colorado  80209

    *s/ Danielle Garduno*
    for Snell & Wilmer L.L.P.

16214725.1