IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-02786-MSK-BNB | Date: June 25, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| WALTER F. WAGNER <br> **Plaintiff(s)** | *T.A. Taylor-Hunt* |
| v. | |
| DISCOVER FINANCIAL SERVICES, LLC <br> **Defendant(s)** | *Christine M. Garrison* <br> *Michael E. Lindsay* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 9:32 a.m.

Appearance of counsel.

Argument presented on [45] Motion to Compel Discovery, Extend Deadlines, and Impose Discovery Sanctions, Including Striking the Affidavits Attached to Discover Bank's Motion to Compel Arbitration and Reply in Support of Motion to Compel Arbitration.

For reasons stated on the record, it is

**ORDERED:** [45] Motion to Compel Discovery, Extend Deadlines, and Impose Discovery Sanctions, Including Striking the Affidavits Attached to Discover Bank's Motion to Compel Arbitration and Reply in Support of Motion to Compel Arbitration is GRANTED IN PART and DENIED IN PART.

Motion is TAKEN UNDER ADVISEMENT as to the collector's notes. The court will conduct an *in camera* review, written order to issue.

Court in Recess: 11:06 a.m.   Hearing concluded.   Total time in Court: 01:34

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119