IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02786-MSK-BNB

WALTER F. WAGNER,

Plaintiff,

v.

DISCOVER BANK,

Defendant.

---

## ORDER

---

This matter arises on the plaintiff's **Motion to Compel Discovery, Extend Deadlines, and Impose Discovery Sanctions, Including Striking the Affidavits Attached to Discover Bank's Motion to Compel Arbitration and Reply in Support of Motion to Compel Arbitration** [Doc. # 45, filed 5/16/2013] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion to Compel [Doc. # 45] is GRANTED IN PART and DENIED IN PART as follows:

•GRANTED to preclude Discover Bank from relying on the testimony or evidence provided by the 76 current and former employees disclosed by Discover Bank on May 1, 2013;

•GRANTED to require Discover Bank to disclose the last known addresses of the 76 current and former employees disclosed by Discover Bank on May 1, 2013;

•GRANTED to require Discover Bank to provide full and complete answers, in writing and under oath, to Interrogatories 6 and 9;

•GRANTED to require Discover Bank to produce a copy of the Nationwide Credit Inc. Collector History Notes (Bates DISBNK000257-265) withheld from discovery on a claim of attorney-client privilege and work product immunity.  I have reviewed the document *in camera* and conclude that it does not contain privileged communications between a lawyer and his or her client nor was it prepared in anticipation of litigation;

•GRANTED to require Discover Bank to produce unredacted copies of the policies concerning Third Party Communication, Call Monitoring/Recording, and Re-establishing Contact; and

•DENIED in all other respects.

(2)     Discover Bank shall provide the additional information and discovery responses consistent with this order on or before **July 9, 2013**

Dated June 25, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge