# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02786-MSK-BNB

WALTER F. WAGNER,

       Plaintiff,

v.

DISCOVER BANK,

       Defendant.

---

### STIPULATION OF NOTICE OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), undersigned counsel hereby notify the Court that Plaintiff Walter F. Wagner ("Plaintiff") and Defendant Discover Bank ("Defendant"), hereby stipulate to this Notice of Dismissal With Prejudice (the "Notice") and, in support thereof, state as follows:

1.  On October 22, 2012, Plaintiff commenced this action by filing his Complaint [Docket No. 1] (the "Complaint") with the Court.

2.  On December 18, 2012, Defendant filed its Answer and Counterclaim [Docket No. 16] (the "Answer") with the Court.

3.  On or around July 18, 2014, Plaintiff and Defendant entered into a Confidential Release and Settlement Agreement resolving, among other things, all claims asserted in this action, wherein Plaintiff and Defendant agreed to dismiss this action *with prejudice* and with each party responsible for its own attorneys' fees and costs.

4.      Fed. R. Civ. P. 41(a)(1)(A) provides, in pertinent part, that "the plaintiff may dismiss an action without a court order by filing: (ii) a stipulation of dismissal signed by all parties who have appeared.

5.      As a result of the foregoing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to this Notice of Dismissal of Plaintiff's and Defendant's respective claims raised herein *with prejudice*, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 23d day of July, 2014.

*s/ T. A. Taylor-Hunt*
T. A. Taylor-Hunt, #31932
Law Office of T. A. Taylor-Hunt, LLC
3773 Cherry Creek North Drive
Suite 575
Denver, CO 80209
tath@legalwellness.com

__*s/ Eric L. Steiner*
Eric L. Steiner, #34114
GERASH STEINER, P.C.
1775 Sherman Street # 1650
Denver, Colorado 80203
(303) 830-0630
Eric@gerashsteiner.net

*Attorneys for Plaintiff Walter F. Wagner*

s/*Michael E. Lindsay*
Michael E. Lindsay, #15126
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: 303.634.2020
E-mail: mlindsay@swlaw.com


Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the same by U.S. Mail, postage pre-paid, on the following:

Michael E. Lindsay, #15126
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: 303.634.2000
Facsimile: 303.634.2020
E-mail: mlindsay@swlaw.com