**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**July 24, 2014**

─────────────────────

**Elisabeth A. Shumaker**
**Clerk of Court**

WALTER F. WAGNER,

      Plaintiff - Appellee,

v.

DISCOVER BANK,

      Defendant - Appellant.

No. 14-1048
(D.C. No. 1:12-CV-02786-MSK-BNB)

─────────────────────

**ORDER**

─────────────────────

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of

the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed.  *See* Fed.

R. App. P. 42(b).

Each party will bear their own costs on appeal.  A copy of this order will stand as

the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk