# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | July 24, 2014 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Michael E. Lindsay
Ms. Kasey Kay McDaniel
Mrs. Virginia Olmstead
Snell & Wilmer
1200 17th Street
Suite 1900
Denver, CO 80202

Mr. Eric Louis Steiner
Gerash Steiner
1775 Sherman Street
Suite 1650
Denver, CO 80203

Ms. T. A. Taylor-Hunt
Law Office of T.A. Taylor-Hunt
3773 Cherry Creek North Drive
Suite 575
Denver, CO 80209

**RE:**     **14-1048, Wagner v. Discover Bank**
               District docket: 1:12-CV-02786-MSK-BNB

Dear Clerk and Counsel:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

                                                    Sincerely,

                                                    Elisabeth A. Shumaker
                                                    Clerk of the Court

EAS/ad